# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**IKE CARTER**                                                                                                 **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO.: 4:24-CV-007-MPM-JMV**

**ILLINOIS CENTRAL RAILROAD COMPANY**                                                     **DEFENDANT**

## NOTICE OF APPEARANCE

Please take notice that Jeremy L. Birdsall, hereby enters his appearance as counsel of record for Defendant, Illinois Central Railroad Company, in the above styled cause.

This, the 13th day of February 2024.

                                                                               Respectfully submitted,

                                                                               **ILLINOIS CENTRAL RAILROAD COMPANY**

                                                          By:    */s/ Jeremy L. Birdsall*
                                                                                     Jeremy L. Birdsall

**OF COUNSEL:**

Jeremy L. Birdsall (MSB No. 100284)
M. Aubrey Mays (MSB No. 105963)
Charles H. Russell, III (MSB No. 100326)
FLETCHER & SIPPEL, LLC
4400 Old Canton Road, Suite 220
Jackson, MS 39211
601-414-6009 Phone
crussell@fletcher-sippel.com
jbirdall@fletcher-sippel.com
amays@fletcher-sippel.com
*Attorneys for Illinois Central Railroad Company*

## CERTIFICATE OF SERVICE

I, Jeremy L. Birdsall, attorney for Defendant, Illinois Central Railroad Company, hereby certify that I have filed the above *Notice of Appearance* with the Clerk of this Court via the ECF System, which served copies upon all counsel and parties of record.

This, the 13th day of February 2024.

/s/ Jeremy L. Birdsall
Jeremy L. Birdsall