IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

IKE CARTER                                                                      PLAINTIFF

VERSUS                                          CIVIL ACTION NO.: 4:24-CV-007-MPM-JMV

ILLINOIS CENTRAL RAILROAD
COMPANY                                                                        DEFENDANT

_____

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUMS

_____

Please take notice that Illinois Central Railway Company, by and through counsel,

intends to serve the subpoenas attached hereto as Exhibits "1" through "30".

This, the 23rd day of May 2024.

                                        Respectfully submitted,

                                        **ILLINOIS CENTRAL RAILROAD
                                        COMPANY**

                        By:     */s/ Victoria R. Bradshaw*
                                        Victoria R. Bradshaw

OF COUNSEL:
CHARLES H. RUSSELL, III MSB # 100326
VICTORIA R. BRADSHAW, MSB# 104793
M. AUBREY MAYS, MSB # 105963
FLETCHER & SIPPEL, LLC
4400 Old Canton Road, Suite 220
Jackson, MS 39211
Telephone: 601-414-6009
Email:  VBradshaw@fletcher-sippel.com
            CRussell@fletcher-sippel.com
            AMays@fletcher-sippel.com
*Attorneys for Illinois Central Railroad Company*

2

## **CERTIFICATE OF SERVICE**

I, Victoria R. Bradshaw, attorney for Defendant, Illinois Central Railroad Company, hereby certify that I have filed the above *Notice of Intent to Serve Subpoena Duces Tecums* with the Clerk of this Court via the ECF System, which served copies upon all counsel and parties of record.

This, the 23rd day of May 2024.

/s/ Victoria R. Bradshaw
Victoria R. Bradshaw